# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 2:18-cv-08249-JLS-KES | Date: May 16, 2019 |

Title: REGINALD L. PAYNE v. COMMISSIONER OF SOCIAL SECURITY

PRESENT:

<u>THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE</u>

| <u>Jazmin Dorado</u> | <u>Not Present</u> |
|---|---|
| Courtroom Clerk | Court Reporter |
| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANTS: |
| None Present | None Present |

| | |
|---|---|
| **PROCEEDINGS (IN CHAMBERS):** | **Order to Show Cause Why Case Should Not Be Dismissed for Failure to Prosecute** |

In September 2018, <u>pro se</u> Plaintiff Reginald L. Payne ("Plaintiff") filed this lawsuit appealing the denial of social security disability benefits. (Dkt. 1.) On September 28, 2018, the Court issued a Case Management Order ("CMO"). (Dkt. 7.) The CMO provided that the Commissioner shall lodge the certified administrative record and file an answer. (<u>Id.</u> at 2.) The CMO instructed Plaintiff to serve and file his motion for judgment on the pleadings within thirty-five days of the service and filing of the answer. (<u>Id.</u> at 3.) The CMO permitted Plaintiff to request an extension of time if he could not complete his motion despite diligent attempts to meet the deadline. (<u>Id.</u> at 5.)

On February 15, 2019, the Commissioner lodged the administrative record and filed an answer. (Dkts. 13, 14.) Thus, Plaintiff should have filed his motion for judgment on the pleadings on or before March 22, 2019. As of the date of this order, Plaintiff has not filed such a motion. Plaintiff also has not requested any extension of time to do so.

IT IS HEREBY ORDERED that, **on or before June 17, 2019**, Plaintiff shall discharge this order to show cause by filing one of the following: (1) a response explaining why this case should not be dismissed for want of prosecution and/or failure to follow the Court's orders, (2) a motion for judgment on the pleadings, or (3) a request for voluntary dismissal of this action.

Initials of Deputy Clerk <u>JD</u>